UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Edward Bleiler

    v.                        Civil No. 07-00016-JL

City of Dover, et al.


**O R D E R**

Although the prospect of mediation was referenced in the parties' Discovery Plan, the court is unaware of whether the parties have undertaken any form of alternative dispute resolution in this matter. If the parties are interested in undertaking some form of alternative dispute resolution, whether or not any such effort would involve the court or the U.S. Magistrate Judge, counsel should contact the Deputy Clerk, who will arrange an expedited status conference to address the issue.

If the parties are not interested in undertaking any form of alternative dispute resolution, no action is required by this order.

    **SO ORDERED.**

                                                          _____
                                                          Joseph N. Laplante
                                                          United States District Judge


Dated: March 19, 2008

cc: Benjamin T. King, Esq.
     Richard J. Lehmann, Esq.
     William G. Scott, Esq.