UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Edward Bleiler</u>

       v.                      Civil No. 07-cv-16-JL

<u>Dover, City of et al</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

May 8, 2008                                        */s/ Joseph N. Laplante*
                                                      Joseph N. Laplante
                                                      United States District Judge

cc:     Benjamin T. King , Esq.
         Richard J. Lehmann, Esq.
         William G. Scott, Esq.